**DISMISS; and Opinion Filed August 4, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00909-CR

### BRADLEY THOMAS CHANEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court No. 3
### Dallas County, Texas
### Trial Court Cause No. MB13-13388-C

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Whitehill

Appellant has filed a motion to dismiss the appeal.[1]  Appellant's counsel has approved the motion.  The Court hereby **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

150909F.U05

---

[1] Appellant's appeals in cause nos. 05-15-00842 through 00844-CR were dismissed on July 20, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRADLEY THOMAS CHANEY, Appellant

No. 05-15-00909-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court No. 3, Dallas County, Texas
Trial Court Cause No. MB13-13388-C.
Opinion delivered per curiam before Justices Francis, Lang-Miers, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 4th day of August, 2015.